UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　Movant,<br><br>　　v.<br><br>SOBEL, WEBER ASSOCIATES, INC.; UNION LITERARY, LLC,<br><br>　　　　Respondents. | Case No:　1:26-mc-00056 |

**NOTICE OF MOTION AND MOTION REQUESTING DISCOVERY CONFERENCE REGARDING RULE 45 SUBPOENAS**

PLEASE TAKE NOTICE that pursuant to L.R. 37.2, Google LLC ("Google") moves this Court to hold a discovery conference regarding Google's anticipated motion to compel responses to Rule 45 Subpoenas to Produce Documents, Information, or Objects or To Permit Inspection of Premises in a Civil Action served by Google to Sobel, Weber Associates, Inc. and Union Literary, LLC (collectively, "Respondents"). Because L.R. 37.2 directs that "no motion under . . . Fed. R. Civ. P. 45 will be heard" until Google's request for a conference "has either been denied or the discovery dispute has not been resolved as a consequence of the conference," Google's concurrently filed letter motion sets forth the basis to compel Respondents to comply with the subpoenas.

Dated:　February 9, 2026

　　　　　　　　　　　　　　　　　　　　By: */s/ Nicholas R. Sidney*
　　　　　　　　　　　　　　　　　　　　　　Nicholas R. Sidney (*pro hac vice forthcoming*)
　　　　　　　　　　　　　　　　　　　　　　Email: nsidney@wsgr.com
　　　　　　　　　　　　　　　　　　　　　　Madison J. Welsh (*pro hac vice forthcoming*)
　　　　　　　　　　　　　　　　　　　　　　Email: mjwelsh@wsgr.com
　　　　　　　　　　　　　　　　　　　　　　**WILSON SONSINI GOODRICH & ROSATI**

-2-

**Professional Corporation**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500

Maura L. Rees (*pro hac vice forthcoming*)
Email: mrees@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

Eric K. Nikolaides (NY Bar 6079388)
Email: enikolaides@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
31 W 52nd Street, Fifth Floor
New York, NY 10019
Telephone: (212) 999-5800

*Counsel for Movant Google LLC*