# MISCELLANEOUS CASE COVER SHEET

| | |
|---|---|
| **PLAINTIFFS**<br>Google LLC | **DEFENDANTS**<br>Sobel, Weber Associates, Inc.; Union Literary, LLC |
| **Attorney's** (Firm Name, Address, and Telephone Number)<br>Wilson Sonsini Goodrich & Rosati, P.C.; 701 Fifth Avenue, Suite 5100, Seattle, Washington 98104; 206-883-2500 | **Attorneys (If Known)**<br>Robin F. Zwerling; Zwerling, Schachter & Zwerling, LLP; 41 Madison Ave, NY, NY 10010; 212-223-3900. |

**DESCRIPTION OF CASE**
Google moves to compel responses to subpoenas issued pursuant to FRCP 45

**Has this or a similar case been previously filed in SDNY ?**

No? ✔   Yes? ☐   Judge Previously Assigned _____

If yes, was this case: Vol. ☐   Invol. ☐   Dismissed. No ☐   Yes ☐

If yes, give date: _____   & Case No. _____

**NATURE OF CASE**

- ✔ M 08-85 Motion to Compel
- ☐ M 08-85 Motion to Quash
- ☐ M 08-86 Internet Infringement
- ☐ M 08-88 Surety Companies
- ☐ M 08-425 Sureties Proceedings
- ☐ M 11-03 SEC Litigation to Freeze Account
- ☐ M 11-188 GJ Subpoenas - Unsealed
- ☐ M 11-189 GJ Subpoenas - Sealed
- ☐ M 16-88 Sale of Unclaimed Seamen's Effects
- ☐ M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
- ☐ M 18-302 Registration of a Judgment from Another District
- ☐ M 18-304 Administrative Subpoena Proceedings
- ☐ M 18-305 Registration of Student Loan Judgment
- ☐ M 18-981 Nonjudicial Civil Forfeiture Proceeding
- ☐ M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
- ☐ M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
- ☐ M 19-63 Receivers - Property in Other Districts
- ☐ M 19-78 Denial to Sue In Forma Pauperis
- ☐ M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
- ☐ M 22-2 Designation of individual to issue certified copies in bankruptcy part
- ☐ M 23 Petition to Perpetuate Testimony
- ☐ M 25-1 Order for Entry to Effect Levy - IRS Matter
- ☐ M 25-2 Permission to have access to safe deposit boxes
- ☐ M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union
- ☐ M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
- ☐ M 28 Warrant for Entry & Inspection of Premises
- ☐ M 29 Privacy Act Application
- ☐ M 30 Privacy Act Application
- ☐ M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
- ☐ M 32 Petition for Writ to Produce Federal Prisoner in State Court
- ☐ M 33 Inspection Warrant - Department of Energy
- ☐ M 34 Order of Another District Court that the State Court Produce
- ☐ M 35 Order to Stay Transfer of Federal Prisoner
- ☐ M 36 National Labor Relations Board
- ☐ M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
- ☐ M 38 Application for Reassignment of Bankruptcy Proceeding
- ☐ M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
- ☐ M 41 Order of Return of 28:2254/2255 Petition

- ☐ M 42 Order Denying Stay of Deportation
- ☐ M 43 Contempt of Court in Bankruptcy
- ☐ M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
- ☐ M 46 Order from Another District for Public Viewing
- ☐ M 47 Bankruptcy Cases - Before Appeal Filed
- ☐ M 47B Transmission of Proposed Findings of Fact and Conclusions of Law
- ☐ M 48 Application for Appointment of Counsel - No Case in This Court
- ☐ M 49 Order Denying Commencement of Civil Action
- ☐ M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
- ☐ M 52 Application for Leave to File a Complaint
- ☐ M 53 Order Barring Individual from Entering Courthouse Building
- ☐ M 54 Immigration Naturalization - Order Delaying Deportation
- ☐ M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
- ☐ M 58 Application for Extension of Time to File Petition for Removal
- ☐ M 59 Application to Produce Federal Prisoner in State Court
- ☐ M 67 Notice of Eviction to Squatters (USA Cases)
- ☐ M 71 Application re: Federal Rules Cr. 11(e)(2)
- ☐ M 72 Order of Attachment of Another District – EDNY
- ☐ M 73 Subpoena to Government Agency
- ☐ M 75 Application for Writ of Garnishment
- ☐ M 76 Central Violations Bureau
- ☐ M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
- ☐ M 90 Order of Attachment
- ☐ M 93 Letters Rogatory _____
- ☐ M 94 Other _____
- ☐ M 98 Application to file a civil case under seal.
- ☐ M 100 Motion to Unseal – Criminal Duty Matter
- ☐ M 101 Motion to Unseal – Criminal
- ☐ M 102 Motion to Unseal – Civil

**DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:**

JUDGE Hon. Jennifer L. Rochon    MISCELLANEOUS CASE NUMBER 1:26-mc-00029-JLR

NOTE: Please submit at the time of filing an explanation of why cases are deemed related

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043
Santa Clara County, CA

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

Sobel, Weber Associates, Inc.
146 East 19th Street
New York, NY 10003
Manhattan County

Union Literary, LLC
30 Vandam Street, Suite 5A
New York, NY 10013 / Manhattan County

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**CHECK ONE:** AT LEAST ONE PARTY IS PRO SE    No ✔    Yes ☐
**CHECK ONE:** THIS ACTION SHOULD BE ASSIGNED TO    WHITE PLAINS ☐    MANHATTAN ✔

**SIGNATURE OF ATTORNEY OF RECORD**

/s/ Nicholas R. Sidney

RECEIPT # **ANYSDC-32384026**

Tammi M. Hellwig, Clerk of Court,

Dated: 02/09/2026

**ADMITTED TO PRACTICE IN THIS DISTRICT**

☐ U.S. GOVERNMENT ATTORNEY

✔ NO

☐ YES (DATE ADMITTED (MM/YY) _____ )

ATTORNEY BAR CODE # _____

Dated: 02/09/2026