IH-32                                                                                  Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

Google LLC

Plaintiff

vs.

Sobel, Weber Associates, Inc.; Union
Literary, LLC

Defendant

Case Number

1:26-mc-00056

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Steve Almond, Sarah Andersen, Burl
Barer, Connie McLennan, Jill Leovy,
Jessica Fink, Hope Larson, and Jingna
Zhang

Plaintiff

vs.

Google LLC

Defendant

Case Number

1:26-mc-00029-JLR

IH-32                                                                    Rev: 2014-1

Status of Earlier Filed Case:

| | | |
|---|---|---|
| ☐ | Closed | (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.) |
| ✔ | Open | (If so, set forth procedural status and summarize any court rulings.) |

On January 20, 2026, the Plaintiffs filed a motion to quash subpoenas issued by Google. On January 24, 2026, the Plaintiffs filed a letter motion seeking a pre-motion discovery conference; Google responded on January 28, 2026. The Court has scheduled a status conference for February 10, 2026.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

In this later filed case, Google moves to compel responses to two non-party subpoenas, one of which Plaintiffs in the underlying litigation In re Google Generative AI Copyright Litigation, No. 5:23-cv-0-3440-EKL (N.D. Cal.) have moved to quash in the earlier filed case in this District. There are substantially similar events and substantial factual overlap in the earlier and later filed cases because all of the subpoenas at issue in both cases are substantially identical and all arise out of the same underlying litigation. Moreover, the parties could be subjected to conflicting orders because the same subpoena to Sobel, Weber Associates, Inc. is at issue in both the earlier and later filed cases. Absent a determination of relatedness, different courts could issue conflicting orders regarding the validity of the subpoenas, such as compelling responses to and quashing the same subpoena to the same party.

Signature: /s/ Nicholas R. Sidney          Date: 02/09/2026

Wilson Sonsini Goodrich & Rosati, P.C.

Firm: _____