AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Google LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:26-mc-00056 |
| Sobel, Weber Assocites, Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC.

Date:   02/09/2026

/s/ Eric K. Nikolaides
*Attorney's signature*

Eric K. Nikolaides, Reg. No. 6079388
*Printed name and bar number*
Wilson Sonsini Goodrich & Rosati
31 W 52nd Street Floor 5
New York, NY 10019

*Address*

enikolaides@wsgr.com
*E-mail address*

(646) 335-4728
*Telephone number*

(212) 999-5800
*FAX number*