

**Zwerling, Schachter & Zwerling, LLP**
Counselors at Law

**Robin F. Zwerling**
rzwerling@zsz.com

41 Madison Avenue
New York, NY 10010
tel.  212•223•3900
fax  212•371•5969

February 13, 2026

<u>BY EMAIL</u>

Hon. Judge Jennifer L. Rochon
United States District Court
500 Pearl Street, Room 1920
New York, NY 10007

Re: *Google LLC v. Sobel, Weber Associates, Inc., et ano*
Case No. 1:26-mc-00056

Dear Judge Rochon:

I represent Respondents Sobel, Weber Associates, Inc. and Union Literary, LLC in the above matter. I have met and conferred with Nick Sidney, counsel to Google in this matter.

We agreed that my clients will produce documents responsive to the subpoenas as soon as possible, endeavoring to produce them in the next few days. I have advised defense counsel that one of the clients will not be able to provide some documents until Tuesday, February 17, 2026.  When all is accomplished, we will again meet and confer and then advise the Court whether the matter has been resolved.

Thank you.

Respectfully submitted,

*/s/Robin F. Zwerling*
Robin F. Zwerling

RFZ/ls

cc:     nsidney@wsgr.com
        enikolaides@wsgr.com
        mrees@wsgr.com
        mjwelsh@wsgr.com
        gmullens@stranchlaw.com
        cyoung@saverilawfirm.com